IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 14-cv-03253-WYD

SALLY ANN McLELLAN

    Plaintiffs,

v.

CAROLYN W. COLVIN, acting Commissioner of Social Security,

    Defendant.

# ORDER

**Daniel, J.**

    Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq.*, the AP judge manages a social security appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1. Upon my careful review of the record in this social security appeal, I find the issues raised in both the Defendant's Opposed Motion for Remand (ECF No. 41) and Plaintiff's Motion to Supplement Record (ECF No. 33) to be sufficiently intertwined with the merits of the underlying controversy to suggest the AP judge refrain from resolving them to avoid binding the merits judge to a ruling which he or she may view differently.

    For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1. The parties are reminded that the briefing deadlines previously imposed by me remain in full force and effect unless modified by the merits judge.

Dated: November 5, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE